IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDDY LEE BROWN,

    Petitioner,

v.                                                                 CASE NO. 5:03-cv-00252-MP-EMT

CHARLIE CRIST, JAMES CROSBY,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that Doc. 14, Respondent's Amended Motion to Dismiss as Untimely be granted and that the Petition for Writ of Habeas Corpus be dismissed with prejudice as untimely. The time for filing objections to Report and Recommendation has passed, but none have been filed. Having reviewed the Report and Recommendation, the Court agrees that Petitioner did not file his petition within the time periods set out by 28 U.S.C. § 2244, as amended by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), and that no state-court motion tolled the deadlines from AEDPA. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated into this order.

2. The Respondent's Motion to Dismiss (doc. 14) is granted.

3. The petition for writ of habeas corpus (doc. 1) is dismissed with prejudice as untimely. The Clerk is directed to close this case.

**DONE AND ORDERED** this *13th* day of June, 2005

                                        *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge